IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RON LOTT,

    Defendant.                            Case No. 05-cr-30027-DRH

## ORDER

**HERNDON, District Judge:**

    Now before the Court is the Government's Motion to Continue Sentencing Hearing (Doc. 55). The Government requests a continuance because the Assistant United States Attorney ("AUSA") assigned to this case is unable to be present for the hearing as currently scheduled, as she was recently picked as a grand jury member with St. Clair County, which convenes every Friday and continues until May, 2007. Because defendant Lott has made several objections to the Pre-Sentence Report, the Government prefers for the assigned AUSA to attend this hearing and address Defendant's objections, rather than having another AUSA cover it.

    The Motion states that Defendant's attorney does not object to a continuance. Accordingly, said Motion (Doc. 55) is **GRANTED**. The sentencing

hearing for Defendant Lott is hereby continued to **Tuesday, January 2, 2007 at 1:30 p.m.**

      **IT IS SO ORDERED.**

Signed this 14th of November, 2006.

      /s/      David RHerndon
**United States District Judge**